Entered on Docket March 15, 2017

**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Case No.: 16-43413-BDL |
| Suzanne K. Regalado, | Adv. Proc. No. 16-04140-BDL |
| Debtor. | STIPULATED JUDGMENT OF NONDISCHARGEABILITY |
| Oregon Community Credit Union, | |
| Plaintiff. | |
| Suzanne K. Regalado, | |
| Defendant. | |

## **JUDGMENT SUMMARY**

JUDGMENT CREDITOR:   Oregon Community Credit Union
PO Box 77002
Springfield, OR 97475

STIPULATED JUDGMENT OF
NONDISCHARGEABILITY – PAGE 1

**MONSON LAW OFFICE**
**1865 NW 169th Place, Suite 208**
**Beaverton, OR 97006**
**Telephone: 503-828-1820**
**Facsimile: 503-828-1893**

| | |
|---|---|
| ATTORNEY FOR JUDGMENT CREDITOR: | Scott J. Mitchell<br>Monson Law Office P.C.<br>1865 NW 169th Place, Suite 208<br>Beaverton, Oregon 97006 |
| JUDGMENT DEBTOR: | Suzanne K. Regalado<br>8224 192nd Place East<br>Bonney Lake, WA 98391 |
| JUDGMENT AMOUNT: | $10,000.00 |
| PRE-JUDGMENT INTEREST: | None |
| COSTS AWARDED: | None |
| ATTORNEY FEES AWARDED: | None |
| POST JUDGMENT INTEREST ACCRUAL: | None |

## JUDGMENT

THIS MATTER came before the Court upon the Stipulation by and between Plaintiff and Defendant for Entry of Judgment ("Stipulation") entered into between the parties, Plaintiff, Oregon Community Credit Union ("Oregon Community"), by and through its counsel Scott J. Mitchell, and Defendant, Suzanne K. Regalado, by and through her counsel James W. Shafer. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED,

1. Plaintiff Oregon Community is awarded a money judgment against Defendant Suzanne K. Regalado in the amount of $10,000.00;

///

///

///

///

STIPULATED JUDGMENT OF NONDISCHARGEABILITY – PAGE 2

MONSON LAW OFFICE
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

Case 16-04140-BDL    Doc 11    Filed 03/15/17    Ent. 03/15/17 13:21:36    Pg. 2 of 3

2. The judgment awarded in favor of Plaintiff Oregon Community and against Defendant Suzanne K. Regalado is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

///End of Judgment///

**PRESENTED BY:**

MONSON LAW OFFICE P.C.

By: /s/ Scott J. Mitchell
    Scott Mitchell, WSB No. 48619
    Attorneys for Oregon Community Credit Union

cc:
James W. Shafer
600 Stewart St. Ste. 1908
Seattle, WA 98101-1220

STIPULATED JUDGMENT OF
NONDISCHARGEABILITY – PAGE 3

**MONSON LAW OFFICE**
**1865 NW 169th Place, Suite 208**
**Beaverton, OR 97006**
**Telephone: 503-828-1820**
**Facsimile: 503-828-1893**